# KOREA EXCHANGE BANK
## NEW YORK BRANCH
*460 Park Ave. 14th, New York, N.Y.10022 U.S.A.*

TEL : 212-838-4949
FAX : 212-752-8551,3856
SWIFT : KOEXUS33
TELEX : 668184

| | |
|---|---|
| **Advising Dept/Branch :** Korea Exchange Bank New York | **Date of Advice :** 03/09/04 |
| **Applicant**<br>DEFENSE PROCUREMENT AGENCY<br>MINISTRY OF NATIONAL DEFENSE<br>REPUBLIC OF KOREA | **Advice of**<br>DOCUMENTARY CREDIT |
| | **Advice No.** ( Please quote this No. in communication with us )<br>5623ADV030911239 |
| **Beneficiary**<br>US MATERIAL SUPPLY INC.<br>141 SHREVE AVE. BARRINGTON NJ 08003<br>U.S.A | **Credit No.** M0601309GS90058 |
| | **Amount** USD 338,162.40 |
| | **Issuing Bank**<br>KEB HO Business Div. |

To Whom It May Concern,

AT THE REQUEST OF THE ISSUING BANK, WE ARE PLEASED TO ENCLOSE:
  (X) THE AUTHENTICATED LETTER OF CREDIT.
  ( ) THE AMENDMENT NO.1
-THIS LETTER IS SOLELY AN ADVICE OF A LETTER OF CREDIT ISSUED BY THE ABOVE MENTIONED CORRESPONDS AND CONVEYS NO ENGAGEMENT BY US.
-ALL BANKING COMMISSION & CHARGES OUTSIDE KOREA ARE FOR <u>YOUR ACCOUNT</u>.
-IF YOU ARE UNABLE TO COMPLY WITH THOSE TERMS IN THE L/C, PLEASE CONTACT THE OPENER(S) DIRECTLY AND ARRANGE FOR ANY AMENDMENT.
-IN THE EVENT OF PRESENTING YOUR DOCUMENTS TO US, PLEASE ENCLOSE AN EXTRA COPY OF THE COMMERCIAL INVOICE AND ONE NON-NEGOTIABLE COPY OF BILL OF LADING FOR OUR FILES. PLEASE ALSO SUBMIT ORIGONAL LETTER OF CREDIT FOR NEGOTIATION/PAYMENT.
-IF YOU DECIDE TO COLLECT THE PROCEEDS THROUGH OUR BANK, WE WILL DEDUCT THE PROCEEDS AT THE TIME OF PAYMENT. OUR CURRENT COMMISSIONS AND CHARGES ARE AS FOLLOWS :
  1) Payment Commission :   One-tenth of one percent (minimum : US$80.00 )
  2) Discrepancy fee :         US$60.00
  3) Wire transfer fee :       US$20.00
  4) Check issuance fee:     US$30.00
  5) Other applicable charges / commission : Various
-THIS ENCLOSED LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDIT (1993 REV) ICC 500.
-UPON THE RECEIPT OF THIS ADVICE LETTER, PLEASE SEND US A CHECK OR REMIT OUR
  (X) L/C ADVISING COMMISSION :       US$80.00
  ( ) AMENDMENT ADVISING COMMISSION : US$70.00

PAYABLE TO KOREA EXCHANGE BANK NEW YORK BRANCH WHITIN 5 BISSINESS DAYS.

*PLEASE FEEL FREE TO CALL (212)638-4949 EXT.225 OR 230 FOR PAYMENT AND EXT.218 FOR ADVISING, SHOULD YOU HAVE ANY INQURIES.

VERY TRULY YOURS,

ORIGINAL

# KOREA EXCHANGE BANK
## NEW YORK BRANCH
*460 Park Ave. 14th, New York, N.Y.10022 U.S.A.*

TEL : 212-838-4949
FAX : 212-752-8551,3856
SWIFT : KOEXUS33
TELEX : 668184

| Advising Dept/Branch : Korea Exchange Bank New York | Date of Advice : 03-10-01 |
|---|---|
| **Applicant**<br>DEFENSE PROCUREMENT AGENCY<br>MINISTRY OF NATIONAL DEFENSE<br>REPUBLIC OF KOREA | **Advice of**<br>AMEND TO DOCUMENTARY CREDIT |
| | **Advice No.** ( Please quote this No. in communication with us.)<br>5623ADV030911239 |
| **Beneficiary**<br>US MATERIAL SUPPLY INC | **Credit No.** M0601309GS90058 |
| | **Amount** USD 338,162.40 |
| | **Issuing Bank**<br>KEB HO Business Div. |

To Whom It May Concern,

AT THE REQUEST OF THE ISSUING BANK, WE ARE PLEASED TO ENCLOSE:
( ) THE AUTHENTICATED LETTER OF CREDIT.
(X) THE AMENDMENT NO.1
- THIS LETTER IS SOLELY AN ADVICE OF A LETTER OF CREDIT ISSUED BY THE ABOVE MENTIONED CORRESPONDS AND CONVEYS NO ENGAGEMENT BY US.
- ALL BANKING COMMISSION & CHARGES OUTSIDE KOREA ARE FOR YOUR ACCOUNT.
- IF YOU ARE UNABLE TO COMPLY WITH THOSE TERMS IN THE L/C, PLEASE CONTACT THE OPENER(S) DIRECTLY AND ARRANGE FOR ANY AMENDMENT.
- IN THE EVENT OF PRESENTING YOUR DOCUMENTS TO US, PLEASE ENCLOSE AN EXTRA COPY OF THE COMMERCIAL INVOICE AND ONE NON-NEGOTIABLE COPY OF BILL OF LADING FOR OUR FILES. PLEASE ALSO SUBMIT ORIGONAL LETTER OF CREDIT FOR NEGOTIATION/PAYMENT.
- IF YOU DECIDE TO COLLECT THE PROCEEDS THROUGH OUR BANK, WE WILL DEDUCT THE PROCEEDS AT THE TIME OF PAYMENT. OUR CURRENT COMMISSIONS AND CHARGES ARE AS FOLLOWS :
    1) Payment Commission :   One-tenth of one percent (minimum : US$80.00 )
    2) Discrepancy fee :      US$60.00
    3) Wire transfer fee :    US$20.00
    4) Check issuance fee:    US$30.00
    5) Other applicable charges / commission : Various
- THIS ENCLOSED LETTER OF CREDIT IS SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR DOCUMENTARY CREDIT (1993 REV) ICC 500.
- UPON THE RECEIPT OF THIS ADVICE LETTER, PLEASE SEND US A CHECK OR REMIT OUR
    ( ) L/C ADVISING COMMISSION :      US$80.00
    (X) AMENDMENT ADVISING COMMISSION : US$70.00

PAYABLE TO KOREA EXCHANGE BANK NEW YORK BRANCH WHITIN 5 BISSINESS DAYS.

*PLEASE FEEL FREE TO CALL (212)838-4949 EXT.225 OR 230 FOR PAYMENT AND EXT.218 FOR ADVISING, SHOULD YOU HAVE ANY INQURIES.

VERY TRULY YOURS,

## ORIGINAL

```
PRINT CLASS : RECEIVE          IRN : 247000447      HASH : 1111        PAGE
DSN : 258781                   IN/OUT SERVICE : SWF/OBS                DEPT  CBL
SENDER'S ADDRESS : KOEXKRSE
                   KOREA EXCHANGE BANK
                   CPO BOX 2924 (100)
                   SEOUL, KOREA
```

**5623ADV 0309|1234** (stamped)

**ORIGINAL**

KOREA EXCHANGE BANK
NEW YORK BRANCH
AUTHORIZED SIGNATURE

RECEIVE HEADER

```
{1:F01KOEXUS33AXXX7123258781}
{2:O7001432030904KOEXKRSEAXXX714265660703090040132N}
{3:{108:0904700057400}}

MT700 ISSUE OF DOCUMENTARY CREDIT
27  SEQUENCE OF TOTAL
    SEQUENCE                            1/1
40A FORM OF DC                          IRREVOCABLE
20  DC NO                               M0601309GS90058
31C DATE OF ISSUE                       03SEP03
31D EXPIRY DATE AND PLACE
    DATE OF EXPIRY                      03SEP05
    PLACE OF EXPIRY                     IN U.S.A
50  APPLICANT                           DEFENSE PROCUREMENT AGENCY
                                        MINISTRY OF NATIONAL DEFENSE
                                        REPUBLIC OF KOREA
59  BENEFICIARY
    FULL N/A                            US MATERIAL SUPPLY INC.
                                        141 SHREVE AVE.BARRINGTON NJ 08003
                                        U.S.A
32B DC AMT
    CCY/AMT                             USD338,162.40
41D AVAILABLE WITH/BY
    AVAILABLE WITH                      ANY BANK
    BY                                  BY PAYMENT
42C DRAFTS AT                           SIGHT
42D DRAWEE
    FULL N/A                            KOREA EXCHANGE BANK BUSINESS D
                                        IVISION
43P PARTIAL SHIPMENTS                   ALLOWED
43T TRANSHIPMENT                        NOT ALLOWED
44A LOADING/DISPATCH AT/FROM
    NEW YORK SEAPORT, U.S.A
44B FOR TRANSPORTATION TO
    BUSAN PORT, KOREA
44C LATEST DATE OF SHIPMENT             03JUN05
45A GOODS
    +ITEM NO.  COMMODITY DESCRIPTION   Q'TY       UNIT       TOTAL
                                                  PRICE      AMOUNT
     17L/I    S/P FOR FIRING EQUIPMENT                       USD338,162.40
               AND OTHERS
             (FCA) NEW YORK SEAPORT, U.S.A                   USD338,162.40
    +PRICE TERM:FCA
46A DOCUMENTS REQUIRED
    +DRAFT(S)
                                                       .....\PAGE   2
```

```
                                                            PRINT CLASS   REC
)SN : 258781              IN/OUT SERVICE : SWF/OBS            DEPT     CBL
```

+THREE ORIGINAL AND TWO DULY COPIES OF BILL OF LADING
CONSIGNED TO ''THE DEFENSE TRANSPORTATION CMD, REPUBLIC OF
KOREA'' AND MARKED ''FREIGHT COLLECT'' AND NOTIFY TO
''ACCOUNTEE'', WHICH ARE ISSUED BY CARRIER STIPULATED
IN THIS LETTER OF CREDIT.
+ONE ORIGINAL AND FOUR DULY SIGNED COPIES OF A COMMERCIAL INVOICE
+ONE ORIGINAL AND FOUR DULY SIGNED COPIES OF THE DETAILED
PACKING LIST
47A ADDITIONAL CONDITIONS
+NUMBER OF THE CONTRACT
ALL DOCUMENTS PRESENTED UNDER THIS CREDIT MUST BEAR AND
CONTAIN THE CONTRACT NO.KFX-DPA-31BD16307 AND CREDIT NO.
+PERFORMANCE BOND
(A)THE PERFORMANCE BOND SHALL BE ISSUED IN FAVOR OF THE
APPLICANT IN THE FORM OF STAND-BY LETTER OF CREDIT, CASH AND
SURETY BOND WHICH INCLUDES THE WORDINGS OF ANNEX NO.3
STIPULATED IN THE CONTRACT NO.KFX-DPA-31BD16307, TO BE ADVISED
THROUGH KOREA EXCHANGE BANK, SEOUL, KOREA WITHIN THIRTY(30)
DAYS AFTER THE EFFECTIVE DATE OF THIS CONTRACT.
(B)IN CASE OF THE STAND-BY L/C, THE PERFORMANCE BOND SHALL BE
ISSUED SUBJECT TO THE UNIFORM CUSTOMS AND PRACTICE FOR
DOCUMANTARY CREDITS(1993 REVISION THE INTERNATIONAL CHAMBER OF
COMMERCE, PUBLICATION NO.500) AND THE PERFORMANCE BOND
SHOULD BE ISSUED BY A BANK RATED AS OF HIGH FINANCIAL STRENGTH
GRADE BY INTERNATIONAL CREDIT RATING AGENCIES, SUCH AS MOODY'S
S AND P AND FITCH IBCA.
(C)THE AMOUNT STATED IN THE PERFORMANCE BOND SHALL BE EXPRESSED
IN THE SAME CURRENCY AS IN THIS CREDIT AND SHALL BE EQUAL TO
TEN(10) PERCENT (USD33,816.24)OF THE TOTAL AMOUNT OF THIS
CREDIT
(D)THE PERFORMANCE BOND SHALL CONTINUE TO BE IN FULL EFFECT AND
FORCE UNTIL THE EXPIRATION OF TWELVE(12) MONTHS AFTER THE
LATEST DATE OF DELIVERY STIPULATED IN THIS CREDIT. THE
PERFORMANCE BOND SHALL NOT BE AMENDED, MODIFIED OR CANCELLED
WITHOUT PRIOR CONSENT BY THE APPLICANT
+DEDUCTION OF LIQUIDATED DAMAGES FOR DELAYED SHIPMENT
(A)WHEN THE BENEFICIARY FAILS TO EFFECT DELIVERY WITHIN THE
PERIOD OF TIME STIPULATED IN THIS CREDIT, LIQUIDATED
DAMAGES SHALL BE LEVIED AT THE RATE OF FIFTEEN(15) HUNDREDTH OF
ONE PERCENT (0.15PCT) OF THE INVOICE AMOUNT OF THE DELAYED
DELIVERY PER DAY.
THE AMOUNT OF THE LIQUIDATED DAMAGES SHALL BE DEDUCTED FROM THE
MONEY PAYABLE BY THE APPLICANT
(B)THE TOTAL AMOUNT OF THE LIQUIDATED DAMAGES SHALL NOT EXCEED
TEN PERCENT (10.00 PCT) OF THE CONTRACT AMOUNT
+SHIPPING NOTICES
THE BENEFICIARY SHALL NOTIFY TLX OR FAX TO THE APPLICANT OF THE
READINESS FOR SHIPMENT OF THE COMMODITY, SUCH NOTIFICATION OF
THE READINESS FOR SHIPMENT SHALL BE MADE AT LEAST THIRTY(30)DAYS
PRIOR TO THE ANTICIPATED SHIPPING DATE INCLUDING
PERTINENT INFORMATION SUCH AS CONTRACT NO. BRIEF
DESCRIPTION OF THE COMMODITY TO BE DELIVERED, INVOICE AMOUNT,
AND L/C NO., ETC.
+PARTIAL SHIPMENTS

```
RINT CLASS : RECEIVE       IRN : 247000447       HASH : 1111         PAGE   3
SN : 258781                IN/OUT SERVICE : SWF/OBS                  DEPT   OBL
```

```
PARTIAL SHIPMENTS ALLOWED 3TIMES
+CARRIER NOMINATED BY THE APPLICANT
  FOR COMMODITIES SHIPED FROM NEW YORK PORT, U.S.A.
NAME: WORLD EXPRESS INC. (NEW YORK OFFICE)
ADDR: 145-18  156TH ST. JAMAICA NY.11434         New York.

ATTN: MR. DANNY CHOI
TEL: (1) 718-341-2366   / FAX (1) 718-341-2388
+PAYMENT
PAYMENT SHALL BE MADE AFTER APPLICANT'S RECEIVING THE
CERTIFICATE OF RECEIPT ISSUED BY END-USER, STIPULATED IN THE
ANNEX NO.4 OF CONTRACT NO. KFX-DPA-31BD16307
+DELIVERY OF THE COMMODITY
P.R NO.   ITEM   BUDGET   STOCK NO.   QNTY   UNIT PRICE   DELIVERY
          NO.                         (EA)   (USD)        SCHEDULE
          12                                 WITHIN 6MONTHS OPENING
                                             OF L/C
          16                                 WITHIN 9MONTHS OPENING
                                             OF L/C
          1A                                 WITHIN 21MONTHS OPENING
                                             OF L/C
```

+BANKING CHARGES
ALL BANKING CHARGES INCLUDING POSTAGES OR OTHER EXPENSES
INCURRED OUTSIDE KOREA SHALL BE FOR ACCOUNT OF THE BENEFICIARY
+ALL OTHER DETAILS ARE AS PER THE CONTRACT NO.:KFX-DPA-31BD16307
+BANK INSTRUCTIONS
ADVISING CHARGES(USD100.00) OF STAND-BY LETTER OF CREDIT WHICH
IS ADVISED THROUGH KOREA EXCHANGE BANK, SEOUL, KOREA ARE FOR
BENEFICIARY'S ACCOUNT
+DOCUMENTS PRESENTED LATER THAN 21 DAYS AFTER THE DATE OF
SHIPMENT ARE ACCEPTABLE, BUT WITHIN THE VALIDITY OF THE CREDIT
+NEGOTIATION/PAYMENT UNDER RESERVE OR AGAINST AN INDEMNITY
PROHIBITED. IN THAT CASE, NEGOTIATION SHOULD BE PROCESSED
UNDER OUR APPROVAL. A DISCREPANCY FEE OF USD60.00 OR
EQUIVALENT THEREOF IS PAYABLE BY THE BENEFICIARY FOR EACH
DRAWING PRESENTED WHICH DOES NOT STRICTLY COMPLY WITH THE
TERMS OF THIS LETTER OF CREDIT AND WHICH HAS TO BE REFERRED
TO THE APPLICANT.
+UPON RECEIPT OF DOCUMENTS IN CONFORMITY WITH THE TERMS AND
CONDITIONS OF THIS LETTER OF CREDIT, WE WILL REMIT THE PROCEEDS
TO THE BANK DESIGNATED BY YOURSELVES.

```
49   CONFIRMATION INSTRUCTIONS      THE RECEIVER IS NOT REQUESTIED TO C
                                    ONFIRM THE CREDIT.
78   INFO TO PRESENTING BK
     ALL DOCUMENTS MUST BE FORWARDED TO
     KOREA EXCHANGE BANK BUSINESS DIVISION/ 181, ULCHIRO 2-KA,   ) Addr
     CHUNG-KU, SEOUL 100-793, REPUBLIC OF KOREA IN ONE LOT BY
     REGISTERED AIRMAIL/COURIER SERVICE.
72   BK TO BK INFO
                                    +UNLESS OTHERWISE EXPRESSLY STATED,
                                    THIS CREDIT IS SUBJECT TO THE
                                    UNIFORM CUSTOMS AND PRACTICE FOR
                                    DOCUMENTARY CREDIT, 1993 REVISION,
                                    ICC PUBLICATION NO. 500

                                                      ....\PAGE   4
```

```
PRINT CLASS : RECEIVE        IRN : 247000447       HASH : 1111          PAGE : 4
SN : 258781                  IN/OUT SERVICE : SWF/OBS                   DEPT : CBL
---------------------------------------------------------------------------------
TRAILER
5:
{MAC:C9D029B0}
{CHK:5D9BCC253020}}

*** WARNING *** SWIFT AUTHENTICATOR CORRECT
---------------------------------------------------------------------------------


PRINT NUMBER : CBLRCVQ98106                        PRINT AT : 08:59 04SEP03
END OF MESSAGE
```