**KOREA EXCHANGE BANK**  
Business Division (SWIFT:KOEXKRSE)  
181,2Ga,Ulchiro, Chung-ku, Seoul, Korea

TO: KEB NY FINANCIAL CORP  
460 PARK AVE, 14TH, NEW YORK,  
N.Y. 10022 U.S.A. (SWIFT:KOEXKRSEFCN)

JULY. 8. 2005

## RE YOUR DOCS RELATED TO
## L/C REF No. M0601309GS90058
## YR REF No. 5758ESC050110062

DEAR SIRS,

RE : YOUR DOCUMENTS

APPLICANT : DEFENSE PROCUREMENT AGENCY

BENEFICIARY: US MATERIAL SUPPLY INC.

**WE HEREBY RETURN YOUR DOCUMENTS BECAUSE OF DISCREPANCIES.**

-CERTIFICATE OF RECEIPT ISSUED BY END-USER NOT PRESENTED.

YOURS SINCERELY,

*[signature]*

AUTHORIZED SIGNATURE  
MANAGER KOREA EXCHANGE BANK BUSINESS DIVISION

```
Send-no : 7-0001222-00    Date : 2005.06.02    SWF ID.: 1799050602541124
================================================================================

FM : KOREA EXCHANGE BANK. SEOUL
TO : KEB NY FINANCIAL CORP., NY
DATE:050602


::799 FREE FORMAT MESSAGE

:20  Transaction Reference Number (TRN):M06013096S90058
:21  Related Reference:5758ESC050110062
:79  Narrative:RE OUR L/C NO.M06013096S90058
     AND YR DOCS NO.5758ESC050110062 DD050120 FOR USD31
     2,000.00
     AND OUR MT734 DD050125

     WE ARE HOLDING DOCUMENTS AT YOUR DISPOSAL.
     BUT DOCUMENTS WILL BE RETURNED TO YOUR GOOD BANK D
     UE TO DOCUMENTS UNPAID.
     PLS REQUEST BENEFICIARY TO CONTACT THE APPLICANT,
     DEFENSE PROCUREMENT AGENCY DIRECTLY FOR ANY CLAIM
     AND INFORMATION.
     PLS INFORM US WHETHER WE MAY CLOSE OUR FILES IN RE
     SPECT OF THE ABOVE DOCS.
     THANKS FOR YOUR COOPERATIONS.

              ******* END OF MESSAGE ********
```