IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. MATERIAL SUPPLY, INC., <br><br> Plaintiff, <br><br> v. <br><br> KOREA EXCHANGE BANK, and KEB NY FINANCIAL CORP., as successor in interest to Korea Exchange Bank New York Branch, <br><br> Defendants. | HON. JEROME B. SIMANDLE <br><br> Civil No. 05-2605 (JBS) <br><br> **ORDER** |

This matter is before the Court upon the motions to dismiss under Rule 12(b), Fed. R. Civ. P., by Defendant Korea Exchange Bank [Docket Item 16] and Defendant KEB NY Financial Corp. [Docket Item 5]; and

The Court having considered the parties' submissions in support and opposition; and having heard oral argument at a hearing on February 22, 2006; and

For the reasons stated in the Opinion of today's date;

IT IS this   **27th**   day of February 2006 hereby

ORDERED that the motion to dismiss by Defendant Korea Exchange Bank [Docket Item 16] shall be, and hereby is, **GRANTED** for lack of personal jurisdiction; and Defendant Korea Exchange Bank is hereby **DISMISSED** from this action without prejudice to Plaintiff's right to pursue its claim in a court of competent jurisdiction; and

    IT IS FURTHER ORDERED that the motion to dismiss by Defendant KEB NY Financial Corp. [Docket Item 5] shall be, and hereby is, **DENIED**.

                                         **s/ Jerome B. Simandle**
                                         JEROME B. SIMANDLE
                                         U.S. District Judge