Benjamin P. De Sena
Attorney at Law
P.O. Box 3331
Wayne, New Jersey 07474
973-904-0052
Attorney for Defendant
KEB NY Financial Corp.
BD4647

---

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| U.S. MATERIAL SUPPLY, INC., : | |
| : | CIVIL ACTION: 05-CV-2605 (JBS) |
| Plaintiff : | |
| : | |
| v. : | |
| : | |
| KOREA EXCHANGE BANK, and : | |
| KEB NY FINANCIAL CORP, as : | SUBSTITUTION OF ATTORNEY |
| successor in interest to Korea : | |
| Exchange Bank, New York Branch : | |
| : | |
| Defendants : | |

---

It is hereby stipulated and agreed that the undersigned, as substituted attorney, shall and hereby undertakes representation of defendant KEB NY FINANCIAL CORP. in the within matter and that withdrawing attorneys shall and

1

hereby withdraw as counsel for said defendant.

Dated: December 27, 2006

*[signature]*
John M. Falzone, Jr.
Withdrawing attorney

Dated: December 27, 2006

Silverman Perlstein & Acompora LLP

By: *[signature]*
Robert J. Ansell
Withdrawing Attorney

Dated: December 27, 2006

*[signature]*
Benjamin P. De Sena
Substituted attorney
P.O. Box 3331
Wayne, N.J. 07474
(973) 904-0052
BD4647

2